# Exhibit 1

Dash cam video 1 is being mailed out to Chambers

# Exhibit 2

Dash cam video 2 is being mailed out to Chambers

# Exhibit 3

Body cam video is being mailed out to Chambers

# Exhibit 4

*Hamer v. County of Kent*, 2013 U.S. Dist. LEXIS 186512 (W.D. Mich. Nov. 6, 2013)

# Exhibit 5

*Gaines v. Blue Cross Blue Shield of Mich.,* 261 F.Supp.2d 900, 906 (E.D. Mich.2003)