UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS BLOWERS, Personal Representative of the Estate of Andrew Charles Blowers,

    Plaintiff,

v.

CITY OF BATTLE CREEK, et al.,

    Defendants.

_____/

Case No. 1:21-cv-376

Hon. Hala Y. Jarbou

## JUDGMENT

In accordance with the opinion and order entered this date:

**IT IS ORDERED** that the remaining Defendants are **DISMISSED**.

**IT IS FURTHER ORDERED** that Defendants Hatch and Herson are entitled to their attorneys' fees and costs in this action under Mich. Comp. Laws § 600.2922c, in an amount to be determined by the Court.

Dated: July 13, 2022

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE